IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4041-CV-C-NKL |
| ) | |
| DAN SULLIVAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 27, 2006, plaintiff filed supplemental exceptions to the March 2, 2006 report and recommendation of the United States Magistrate Judge. Plaintiff's claims were dismissed on March 24, 2006; thus, plaintiff's supplemental exceptions will be treated as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) because it was filed within ten days after the date judgment was entered. See Johnson v. Johnson, No. 91-1942EM, slip op. (8th Cir. Oct. 4, 1991) (unpublished).

The issues raised in plaintiff's supplemental exceptions were adequately addressed in the report and recommendation.

IT IS, THEREFORE, ORDERED that plaintiff's request to alter or amend the judgment is denied [9].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 23, 2006
Jefferson City, Missouri